| | | |
|---|---|---|
| AO 93 (Rev. 11/13) Search and Seizure Warrant | AUSA: William Ott<br>Special Agent: Kyle McGraw, ATF | Telephone: (989) 895-5712<br>Telephone: (313) 268-0449 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>901 North Linn Street Bay City, MI 48706 | Case: 1:23−mc−51629-1<br>Assigned To : Ludington, Thomas L.<br>Assign. Date : 11/15/2023<br>In re: SEALED MATTER (MAW) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Eastern__ District of __Michigan__.
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

> I hereby certify that the foregoing is a certified copy of the original on file in this office.
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
> By: _s/Marlena Williams_
>     Deputy

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B. Violations of:

| | |
|---|---|
| 21 U.S.C. §841(a)(1) | Possession with intent to distribute a controlled substance. |
| 18 U.S.C. §922(o) | Possession of a machine gun. |

**YOU ARE COMMANDED** to execute this warrant on or before __November 29, 2023__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __the presiding United States Magistrate Judge on duty__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for __ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __November 15, 2023  10:39 am__

*Judge's signature*

City and state: __Detroit, Michigan__     __Kimberly Altman, U. S. Magistrate Judge__
*Printed name and title*

# ATF Evidence Log

| | |
|---|---|
| Date/Time: | 11/28/2023 0621hrs |
| Address: | 901 North Linn Street |
| Location/Name: | Bay City, MI 48706 |
| Other: | |

Case #: 774040-23-0119

| | |
|---|---|
| Team Leader: | S/A McGraw |
| Photographer: | S/A Wade |
| Schematic Artist: | |
| Other: | |

## Property Seized

| Item # | NForce # | Photo # | Description | Finder |
|---|---|---|---|---|
| 1 | | | SKS rifle, black in color, with loaded magazine and 1 in chamber | Wade |

| Make/Model: | Serial/Unique #: | Location Found: |
|---|---|---|
| Archangel | 25000403 | Family Room-leaning against N wall |

| Item # | NForce # | Photo # | Description | Finder |
|---|---|---|---|---|
| 2 | | | Magazine and round from chamber-taken from item #1 | Wade |

| Make/Model: | Serial/Unique #: | Location Found: |
|---|---|---|
| ------------ | ------------ | Item #1 |

| Item # | NForce # | Photo # | Description | Finder |
|---|---|---|---|---|
| 3 | | | Assorted ammunition | Zylik |

| Make/Model: | Serial/Unique #: | Location Found: |
|---|---|---|
| Assorted | N/A | Family Room-on corner table |

| Item # | NForce # | Photo # | Description | Finder |
|---|---|---|---|---|
| 4 | | | Orange in color 3-D printed lower pistol frame/receiver | Wade |

| Make/Model: | Serial/Unique #: | Location Found: |
|---|---|---|
| Unknown | None | Family Room-N/W Wall by computer |

| Item # | NForce # | Photo # | Description | Finder |
|---|---|---|---|---|
| 5 | | | Five (5) bags containing suspected mushrooms, and 2 empty bags | Wade |

| Make/Model: | Serial/Unique #: | Location Found: |
|---|---|---|
| N/A | N/A | Family Room-on East wall couch |

| Item # | NForce # | Photo # | Description | Finder |
|---|---|---|---|---|
| 6 | | | Polymer-80 PMF with loaded magazine-nothing in chamber | Eddy |

| Make/Model: | Serial/Unique #: | Location Found: |
|---|---|---|
| Polymer-80 PMF | None | MASON's bedroom-next to bed on floor |

| Item # | NForce # | Photo # | Description | Finder |
|---|---|---|---|---|
| 7 | | | Loaded magazine from item #6 | Eddy |

| Make/Model: | Serial/Unique #: | Location Found: |
|---|---|---|
| N/A | N/A | Inserted in ITem #6 |

| Item # | NForce # | Photo # | Description | Finder |
|---|---|---|---|---|
| 8 | | | Apple iPhone-placed in Airplane mode by TFO Eddy | Eddy |

| Make/Model: | Serial/Unique #: | Location Found: |
|---|---|---|
| Apple iPhone | Unknown | MASON's bedroom-on nightstand |

| Item # | NForce # | Photo # | Description | Finder |
|---|---|---|---|---|
| 9 | | | Apple iPhone-powered off | Eddy |

| Make/Model: | Serial/Unique #: | Location Found: |
|---|---|---|
| Apple iPhone | Unknown | MASON's bedroom-on floor by bed |

| Item # | NForce # | Photo # | Description | Finder |
|---|---|---|---|---|
| 10 | | | Loaded pistol magazine | Sutara |

| Make/Model: | Serial/Unique #: | Location Found: |
|---|---|---|
| N/A | N/A | Kitchen table on ash tray with MJ |

| Item # | NForce # | Photo # | Description | Finder |
|---|---|---|---|---|
| 11 | | | 3-D Printer | Bowling |

| Make/Model: | Serial/Unique #: | Location Found: |
|---|---|---|
| Ender | Unknown | Basement-South wall |

Evidence Tech: Sutara    Signature: _(signed)_    Page: 1 of 2

# ATF Evidence Log

Case #: 774040-23-0119

- Date/Time: See above
- Address: See above
- Location/Name: See above
- Other:
- Team Leader: See above
- Photographer: See above
- Schematic Artist:
- Other:

## Property Seized

| Item # | NForce # | Photo # | Description | Finder | Make/Model | Serial/Unique # | Location Found |
|---|---|---|---|---|---|---|---|
| 12 | | | Polymer-80 lower frame/receiver jig | Eddy | Polymer-80 | None | Basement-on toolbox |
| 13 | | | Firearm parts | Zylik | Unknown | None | Basement-in toolbox |
| 14 | | | Packaging boxes for mushroom distribution | Lotoczky | N/A | N/A | Kitchen counter top-north end |
| 15 | | | NZXT CPU | Coleman | Unknown | Unknown | Family room-under computer desk |

Evidence Tech: Sutara

Signature: [signed]

Page: 2 of 2

# ATF Evidence Log

Case #:

Date/Time:

Team Leader:

Address:

Photographer:

Location/Name:

Schematic Artist:

Other:

Other:

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| Make/Model: | | | Serial/Unique #: | Location Found: |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: |
| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
| Make/Model: | | | Serial/Unique #: | Location Found: |

Evidence Tech: _____  Signature: _____  Page: ____ of 6